22192

RIVER OAKS APARTMENTS, Respondent, v. Patricia KNOTTS, Appellant.
(324 S. E. (2d) 61)

Supreme Court

*Alvin Hinkle* and *Edward A. Harter, Jr.,* oi *Palmetto Legal Services,* Columbia, *for appellant.*

*Douglas N. Truslow,* of *Lewis, Lewis, Bruce & Truslow,* Columbia, *for respondent.*

Heard Oct. 31, 1984.

Decided Dec. 4, 1984.

*Per Curiam:*

This is appellant Tenant's fifth appeal on a federally subsidized housing eviction case. Palmetto Legal Services has led appellant through four years of litigation alleging insufficient notice of lease termination.

We disagree, affirm the eviction under Rule 23, and chastise counsel for grinding the legal wheel unnecessarily.

Affirmed.